PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS GAMEZ-ARGULIO,<br><br>                Petitioner,<br><br>v.<br><br>WARDEN, FCI-MENDOTA,<br><br>                Respondent. | CASE NO. 1:23-cv-00056-SAB (HC)<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME<br><br>(ECF No. 10) |

On April 11, 2023, Respondent requested an extension of time to file a response to Petitioner's § 2241 petition because additional time is needed to gather necessary documents from the Bureau of Prisons.

IT IS HEREBY ORDERED that Respondent is GRANTED until May 10, 2023, to file a response to the petition.

IT IS SO ORDERED.

Dated: __**April 11, 2023**__  _____

                                                               UNITED STATES MAGISTRATE JUDGE